ARNOLD & PORTER KAYE SCHOLER LLP
SEAN MORRIS (State Bar No. 200368)
sean.morris@apks.com
JAKE R. MILLER (State Bar No. 273941)
jake.miller@apks.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant
DUNKIN' BRANDS GROUP, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HRACH BABAIAN, as an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DUNKIN' BRANDS GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-04890-VAP-MRW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: July 6, 2017<br>Current response date: July 27, 2017<br>New response date: August 28, 2017 |

Defendant Dunkin' Brands Group, Inc. ("Dunkin'") and Plaintiff Hrach Babaian ("Babaian") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 3, 2017, Babaian filed the instant action in this Court;

WHEREAS, on July 6, 2017, Babaian served Dunkin' with the Complaint;

WHEREAS, Dunkin's response to the Complaint, absent an extension, would be due July 27, 2017;

WHEREAS, the Parties have stipulated to a thirty-day extension of time for Dunkin' to respond to the Complaint;

WHEREAS, thirty days from July 27 is August 26, a Saturday;

WHEREAS, under Fed. R. Civ. P. 6(a)(1)(C), Dunkin's time to respond is extended to Monday, August 28, 2017;

NOW, THEREFORE, the Parties stipulate and agree as follows:

The response of Dunkin' to Babaian's Complaint shall be filed and served on or before August 28, 2017.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), Sean Morris hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 19, 2017.            /s/ Sean Morris
                                 Sean Morris
                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                 777 South Figueroa Street, 44th Floor
                                 Los Angeles, CA 90017-5844
                                 Telephone: (213) 243-4000
                                 Facsimile:  (213) 243-4199
                                 Email:  sean.morris@apks.com

                                 Attorneys for DUNKIN' BRANDS GROUP, INC.

| | | |
|---|---|---|
| DATED: July 19, 2017 | /s/ Hovanes Margarian | |

Hovanes Margarian
THE MARGARIAN LAW FIRM
801 North Brand Boulevard, Suite 210
Glendale, CA 91203
Telephone: (818) 553-1000
Facsimile: (818) 553-1005
Email: hovanes@margarianlaw.com

Attorneys for Plaintiff
HRACH BABAIAN

37873292

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)