## United States District Court
## Central District of California

JS-6

Hrach Babaian.,

        Plaintiff,

v.

Dunkin' Brands Group, Inc. et al.,

        Defendants.



FILED
CLERK, U.S. DISTRICT COURT
JUN 12, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

LACV 17-4890-VAP (MRWx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Dismissing the Second Amended Complaint filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 6/12/18

                                            Virginia A. Phillips
                                          Chief United States District Judge